**MONSANTO COMPANY,**
**Plaintiff–Appellee,**

v.

**PIONEER HI–BRED INTERNATIONAL, INC., Defendant–Appellant.**

No. 01–1283.

United States Court of Appeals,
Federal Circuit.

April 5, 2002.

Before MAYER, Chief Judge, SCHALL and LINN, Circuit Judges.

ON MOTION

*ORDER*

The parties, having jointly moved to dismiss this appeal as moot by virtue of a settlement between the parties that re-

solves the dispute between them, with each party to bear its own attorneys' fees and cost.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed with prejudice.

(2) Each side shall bear its own costs.